IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VALENTINA CHITTENDEN     PLAINTIFF

V.     CASE NO.: 2:14-CV-2237

CAROLYN W. COLVIN, Commissioner
Social Security Administration     DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on October 5, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the Administrative Law Judge is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration.

IT IS SO ORDERED on this 17th day of November, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE